1  Aileen M. Hunter, California Bar No. 253162
   aileen.hunter@bclplaw.com
2  Kristin S. Webb, California Bar No. 258476
   kristin.webb@bclplaw.com
3  **BRYAN CAVE LEIGHTON PAISNER LLP**
   1920 Main Street, Ste. 1000
4  Irvine, California 92614-7276
   Telephone:  (949) 223-7000
5  Facsimile:   (949) 223-7100

6  Attorneys for Defendant
   JPMorgan Chase Bank, N.A.

7

8  # UNITED STATES DISTRICT COURT

9  ## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| Anthony Cherifi, | Case No. 8:21-cv-00001-DOC-KES |
|---|---|
| Plaintiff, | **JUDGMENT OF DISMISSAL** |
| v. | |
| Select Portfolio Servicing, Inc., J.P. Morgan Chase Bank, N.A., | Hon. David O. Carter / Room 9D |
| Defendants. | |

JUDGMENT OF DISMISSAL

Following the Court's July 30, 2021 Order granting Defendant Select Portfolio Servicing, Inc. ("SPS"), and Defendant JPMorgan Chase Bank, N.A.'s ("Chase") (collectively, "Defendants"), Motion to Dismiss the First Amended Complaint of Plaintiff Anthony Cherifi ("Plaintiff") without leave to amend, the Court hereby enters judgment as follows:

IT IS HEREBY ORDERED AND ADJUDGED that:

1. The Court grants Defendants' motions and dismisses all sixteen causes of action Plaintiff brings in his First Amended Complaint.
2. SPS and Chase are dismissed from the action with prejudice.
3. Judgment is entered in favor of SPS and Chase and against Plaintiff.
4. Plaintiff shall take nothing as against SPS and Chase.
5. SPS and Chase may recover their costs.

IT IS SO ORDERED.

Dated: September 17, 2021

*David O. Carter*

Honorable David O. Carter
United States District Judge